FILED

06/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0253



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0253

ADAM PUMMILL, an individual, and
ADAM PUMMILL and KURTIS
ROBERTSON as a member of Black Gold
Enterprises, LLC, members of, and on
behalf of BLACK GOLD ENTERPRISES,
LLC,

      Plaintiffs and Appellees,

  v.

JOSHUA T. PATTERSON a/k/a JOSH
PATTERSON, as an individual and d/b/a
PATTERSON ENTERPRISES, INC.,
also d/b/a ROCKY MOUNTAIN
EQUIPMENT, INC., p/k/a ROCKY
MOUNTAIN JCB, INC., also d/b/a
ROCKY MOUNTAIN RENTAL
SPECIALISTS, LLC, also d/b/a ROCKY
MOUNTAIN EQUIPMENT also d/b/a
ROCKY MOUNTAIN RENTAL, also
d/b/a ROCKY MOUNTAIN EQUIPMENT
OF MISSOULA MONTANA,

      Defendants and Appellants.

THIRD ORDER OF MEDIATOR
APPOINTMENT

     This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

     IT IS ORDERED THAT **Lon J. Dale,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

     IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this June 28, 2023.

_____
Bowen Greenwood, Clerk of the Supreme Court

c:     Donald Craig St. Peter, Logan Alan Nutzman, Michael Hawkins O'Brien, Robert L. Sterup, Jr., Shane Alexander MacIntyre, Dustin M. Chouinard, James P. O'Brien, Lon J. Dale